UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNE HARDWICK, RAHA IKO, individually and as Administrators of the Estate of SHAWN J. MAXWELL, Deceased,, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF SEATTLE, a municipal corporation; SEATTLE POLICE OFFICERS STANLEY AUSTIN STREUBEL, and JANE DOE STREUBEL and the marital community thereof; and BRETT J. ROGERS, and JANE DOE ROGERS, and the JOHN DOES 1-30, <br><br> Defendants. | Case No. C05-282P <br><br> TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS , and on behalf of DEFENDANTS in the amount of $66.20 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  ATTORNEY FEE | $20.00 | 0 | $20.00 |
| II. FILING FEE | $150.00 | $150.00 | 0 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|

Costs incurred by defendants in the previously dismissed case, Lisa Maxwell, Individually, and as Administrator of the Estate of Shawn J. Maxwell v. The City of Seattle, et al., C03-710L, will not be taxed in this case. FRCP 41(d) allows costs where a plaintiff who has once dismissed an action commences an action based upon the same claim against the same defendants. Plaintiffs were not the same in these two actions.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. INQUEST HEARING | $2,477.00 | $2,477.00 | 0 |

Transcripts of inquest hearing were not used by court in determining that the action should be dismissed.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. COPYING COSTS | $46.20 | 0 | $46.20 |

Dated this \_\_\_\_17th\_\_\_\_ day of OCTOBER, 2005 .

\_\_S/ BRUCE RIFKIN\_\_
Bruce Rifkin, Clerk
U. S. District Court

TAXATION OF COSTS -- 2